**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1957

ROBERT BENJAMIN STOUT,

Plaintiff - Appellant,

v.

SERGEANT JOHNSON, Individually and in his/her official capacity; DEPUTY NOBLES, Individually and in his/her official capacity; KING GEORGE COUNTY SHERIFF, Official capacity,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:22-cv-00287-DJN)

Submitted:  May 19, 2023                          Decided:  June 9, 2023

Before AGEE and RICHARDSON, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Robert Benjamin Stout, Appellant Pro Se. Peter Askin, John P. O'Herron, THOMPSON MCMULLAN PC, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Benjamin Stout  appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint.  We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order.  *Stout v. Johnson*, No. 3:22-cv-00287-DJN (E.D. Va. Aug. 26, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*